**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-4173**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

UNDER SEAL,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Lacy H. Thornburg,
District Judge.  (1:04-mc-62)

———————

Submitted:  October 2, 2006          Decided:  October 24, 2006

———————

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Under Seal, Appellant Pro Se.  Amy Elizabeth Ray, OFFICE OF THE
UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

The Appellant seeks to appeal the district court's order denying a motion to dismiss a search warrant, and seeking return of evidence seized during the search. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order the Appellant seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See DiBella v. United States, 369 U.S. 121, 131-32 (1962); United States v. Reg'l Consulting Servs. for Econ. and Cmty. Dev., Inc., 766 F.2d 870, 874-75 (4th Cir. 1985). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED